UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WARREN BOHN,<br><br>Defendant. | Case No. 18-cv-02964-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Nathanael M. Cousins' report and recommendation. Dkt. No. 6. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Magistrate Judge Cousins' well-reasoned report and recommendation, which found that this case was improperly removed for the reasons stated by Magistrate Judge Cousins in a prior order to show cause. Dkt. No. 3.

The Court consequently adopts the report and recommendation in full, and orders this case remanded to the Superior Court of California for the County of Santa Clara.

**IT IS SO ORDERED.**

Dated: August 24, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 18-cv-02964-JD |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| RICHARD WARREN BOHN, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Warren Bohn
16361 Mt. Whitney Drive
Fiddletown, CA 95629

Dated: August 24, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO