UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WARREN BOHN,<br><br>Defendant. | Case No. 18-cv-02964-JD<br><br>**ORDER DENYING RULE 60 MOTION FOR RELIEF**<br><br>Re: Dkt. No. 14 |

Defendant Richard Bohn filed a motion seeking relief under Federal Rule of Civil Procedure 60 from the Court's order remanding this criminal cockfighting case to the Superior Court of California for the County of Santa Clara. Dkt. No. 14. Bohn claims that he "never received" Magistrate Judge Cousins' report and recommendation which the Court adopted, but a certificate of service, Dkt. No. 3-2, evidences that a copy was mailed to him at his correct address. Moreover, Bohn was obviously aware of the report and recommendation by September 12, 2018, at the latest, but it appears he did not take steps to obtain a copy of the report by, for example, coming in person to the Clerk's Office or visiting the Court's public access website, http://www.pacer.gov.

Bohn's argument that the "magistrate's report and recommendation is void for being done without consent," Dkt. No. 14 at 2, is wrong as a matter of law. Bohn's consent was not needed for Magistrate Judge Cousins' report and recommendation, which the Court previously found -- and continues to find -- as well-reasoned. Bohn's motion is denied.

**IT IS SO ORDERED.**

Dated: September 16, 2019

JAMES DONATO
United States District Judge